UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DeLite Outdoor Advertising, Inc., a Delaware corporation, and McCullough Companies, a Minnesota partnership,

Plaintiffs-Petitioners,

vs.

The City of Saint Paul, a municipal corporation,

Defendant-Respondent.

File No. 01-CV-65 AMD/AJB

**Stipulation and Order of Dismissal**

The parties to this matter, by and through their undersigned counsel, hereby stipulate to the dismissal of this matter as follows:

1. The First through Fifth Causes of Action as alleged in Plaintiffs-Petitioners' Verified Complaint and Petition for Writ of Mandamus dated January 12, 2001, are **dismissed without prejudice**, each party bearing its own costs.

2. The Sixth and Seventh Causes of Action (Federal Equal Protection and Federal Civil Rights Act claims) as alleged in Plaintiffs-Petitioners' Verified Complaint and Petition for Writ of Mandamus dated January 12, 2001, are **dismissed with prejudice**, each party bearing its own costs.

Dated: 5/17/01.

Gary A. Van Cleve (156310)
James M. Susag (261038)
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, MN 55431-1194
(952) 835-3800
Attorneys for Plaintiffs-Petitioners

FILED MAY 22 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD MAY 22 2001
DEPUTY CLERK

Dated: 5/16/01.

Peter G. Mikhail (249907)
Assistant City Attorney
550 City Hall
15 West Kellogg Blvd.
St. Paul, MN 55108
(651) 266-8772
Attorneys for Defendant-Respondent

**Order**

Based upon the above stipulation, IT IS HEREBY ORDERED THAT:

1. Causes of Action One through Five in the Verified Complaint and Petition for Writ of Mandamus in this matter are **dismissed without prejudice**.

2. Causes of Action Six and Seven in the Verified Complaint and Petition for Writ of Mandamus in this matter (Federal Equal Protection and Federal Civil Rights Act claims) are **dismissed with prejudice**.

3. Each party shall bear its own costs.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT

Dated: May 21, 2001

Ann D. Montgomery
United States District Judge